ACCEPTED
06-15-00076-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/26/2015 5:55:41 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00076-CR

| | | | |
|---|---|---|---|
| **JUSTIN DAVID OWENS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **SIXTH COURT** | |
| | § | | |
| **THE STATE OF TEXAS** | § | **OF APPEALS** | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/26/2015 5:55:41 PM

DEBBIE AUTREY
Clerk

### MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mitch Adams, Movant and attorney of record for Defendant, Justin David Owens, brings this Motion to Withdraw as counsel and in support thereof shows:

1. Movant was appointed by the Court to represent Defendant in the appeal of his conviction for aggravated assault with a deadly weapon.

2. Defendant, Justin David Owens, was convicted of Aggravated Assault with a Deadly Weapon and was sentenced to three years confinement in the Texas Department of Correctio on April 21, 2015. Movant has filed an appellate brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967) in this cause.

4. A copy of this motion and the appellate brief has been mailed by certified mail and by regular mail to him at his last known address: Justin David Owens, TDC No. 02001234, Bradshaw Unit, P.O. Box 9000, Henderson, Texas 75653-9000.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Mitch Adams to withdraw as counsel for Justin David Owens and from any further representation of Justin David Owens in this cause.

Respectfully submitted,

MITCH ADAMS, ATTORNEY AT LAW
216 West Erwin Street, Suite 350
Tyler, Texas 75702

Tel: (903) 630-7444
Fax: (903) 471-0147

By: /S/ *Mitch Adams*
    Mitch Adams
    State Bar No. 24006737
    mitchadams@mitchadamslaw.com
    Attorney for Justin David Owens

## CERTIFICATE OF SERVICE

This is to certify that on August 26, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Rusk County, Rusk County Courthouse, 115 North Main Street, Suite 302, Henderson, Texas 75652, by electronic service through the Electronic Filing Manager.

/S/ *Mitch Adams*
Mitch Adams